

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-13-00025-CR |
| | § | Appeal from |
| EX PARTE:  DANIEL ALVAREZ | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC # 960D10169-384-1) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes that there was error in the judgment.  We therefore reverse the judgment of the court below and render judgment denying the Application for Writ of Habeas Corpus, in accordance with the opinion of this Court, and that this decision be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF JANUARY, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.